**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| LEEANN WILSON, )  |  |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:13-CV-1304-N (BH) |
| ) | |
| CAROLYN W. COLVIN, ACTING ) | |
| COMMISSIONER OF THE SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | Referred to U.S. Magistrate Judge |

**ORDER**

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the of the United States Magistrate Judge, I am of the opinion that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and are adopted as the Findings and Conclusions of the Court.

It is therefore ORDERED that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted. Accordingly, the decision of the Commissioner is **REVERSED,** and by separate judgment, the case will be **REMANDED** to the Commissioner for further proceedings.

SO ORDERED on this 26th day of March 2014.

_____
DAVID GODBEY
UNITED STATES DISTRICT JUDGE